IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 PM 3: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ANDRE PARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 03-2574-Ma |
| SGT. KENNETH BOYD, et al., | ) ) ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

The Plaintiff, Andre Parks, Pro Se, and Defendants, by and through the Attorney General for the State of Tennessee have agreed to dismiss this action for the reason that they have amicably resolved their dispute. Therefore, the Court, having reviewed this matter and being fully advised in the premises FINDS that this matter should be dismissed.

It is therefore ORDERED that this matter be and hereby is dismissed with prejudice

IT IS SO ORDERED this __18th__ day of __August__, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __8-23-05__

108

Agreed and approved,

*[signature: Andre Parks]*

**ANDRE PARKS**
Pro Se Plaintiff
423 W. Ripley Street
Covington, Tennessee 38019
~~(901) 840-4111~~ 961 - 237 - 1871

**PAUL G. SUMMERS**
Attorney General and Reporter

*[signature]*

**JOHN H. SINCLAIR, JR.**
BPR No. 19001
Senior Counsel
Office of the Attorney General
Tobacco Enforcement Division
P. O. Box 20207
Nashville, TN 37202
Phone: (615) 253-5828

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:03-CV-02574 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Andre Parks
423 W. Ripley St.
Covington, TN 38019

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT