UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31 PM 5: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ANDRE PARKS,

    Plaintiff,

v.                                Cv. No. 03-2574-Ma

SGT. KENNETH BOYD, et al.,

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Agreed Order of Dismissal, docketed August 23, 2005.

**APPROVED:** _/s/_

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 31, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_/s/_
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-6-05

109

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 2:03-CV-02574 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Andre Parks
423 W. Ripley St.
Covington, TN 38019

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT